

FILED

MAR 13 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRACY ANN MANNON**,<br>a/k/a Tracy A. Moore,<br>a/k/a Tracy A. Carter,<br><br>*Defendant.* | Case No.  **24 CR 0 36 JFH** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**MURDER IN INDIAN COUNTRY**
[18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about February 26, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **TRACY ANN MANNON, a/k/a Tracy A. Moore, a/k/a Tracy A. Carter**, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Victim, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Joshua Satter*
JOSHUA SATTER, NY Registration # 5477112
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY