IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v.     )<br>)<br>TRACY ANN MANNON, )<br>Defendant. ) | Case No. CR-24-036-JFH |

**NOTICE OF INTENT TO OFFER DEFENSE OF INSANITY**

Defendant Tracy Ann Mannon, by and through her attorney of record, Brian J. Deer, and pursuant to Rule 12.2(a) of the Federal Rules of Criminal Procedure and Title 18 U.S.C. § 4242(a) hereby provide notice to the United States Government and the Court of her intent to offer a defense that the Defendant, at the time of the offense alleged in the instant case, was legally insane and, as a consequence, should be found not guilty by reason of insanity.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Federal Public Defender

By: s/Brian J. Deer
    Brian J. Deer, OBA#34390
    112 W. 7th St.
    Muskogee, OK 74401
    918-687-2274
    Brian_deer@fd.org
    Counsel for the Ms. Mannon

**CERTIFICATE OF MAILING**

       I hereby certify that on March 14, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joshua Satter
Assistant United States Attorney

                                               /s/Brian J. Deer
                                               Brian J. Deer