IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TRACY ANN MANNON,<br><br>        Defendant. | Case No. 24-CR-36-JFH |

### ORDER

Before the Court is the Report and Recommendation issued by Magistrate Judge Jackson June 27, 2024, regarding the competency status of Defendant, Tracy Ann Mannon. Dkt. No. 35. Based upon the undisputed Sealed Medical Evaluation [Dkt. No. 30] Magistrate Judge Jackson recommends that Defendant Mannon be found competent to stand trial. *Id*.

No party has objected to Magistrate Judge Jackson's Report and Recommendation. There being no objection, and given the undisputed basis for Magistrate Judge Jackson's recommendation, this Court finds that the Report and Recommendation should be, and hereby is, adopted.

IT IS THEREFORE ORDERED that the Report and Recommendation [Dkt. No. 35] is adopted, and Defendant is competent to stand trial.

Dated this 30th day of July 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE