IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**TRACY ANN MANNON**,<br>a/k/a Tracy A. Moore,<br>a/k/a Tracy A. Carter,<br><br>*Defendant*. | Case No. 24-CR-036-JFH |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

**MURDER IN INDIAN COUNTRY – SECOND DEGREE**
**[18 U.S.C. §§ 1111(a), 1151 & 1153]**

On or about February 26, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **TRACY ANN MANNON, a/k/a Tracy A. Moore, a/k/a Tracy A. Carter**, an Indian, willfully, deliberately, maliciously, and with malice aforethought, did unlawfully kill Victim, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Joshua Satter*
JOSHUA SATTER, NYBA # 5477112
Assistant United States Attorney