IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-CR-036-JFH |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY ANN MANNON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF INTENT TO PLEA

COMES NOW Defendant TRACY ANN MANNON by and through his counsel, Brian J. Deer, Assistant Federal Public Defender, hereby advises the Court of Ms. Mannon's intent to plead guilty to Count 1 of an Information in this case. Ms. Mannon does so with an 11(c)(1)(A) plea agreement with the Government. Ms. Mannon is in custody and can enter her *Change of Plea* on the record on April 21, 2025, or at the Court's convenience.

Respectfully submitted this 18th day of April 2025.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Federal Public Defender

By:   s/ *Brian J. Deer*
      Brian J. Deer, OBA #34390
      Assistant Federal Public Defender
      112 N. 7th Street
      Muskogee, OK 74401
      Telephone: (918) 709-7656
      E-mail: brian_deer@fd.org
      *Counsel for Tracy Ann Mannon*

## CERTIFICATE OF SERVICE

     I certify that on the 18th day April 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

     Mr. Joshua Satter, Assistant United States Attorney

                                                s/ *Brian J. Deer*
                                                Brian J. Deer
                                                Assistant Federal Public Defender