# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-24-36-JFH |
| Plaintiff, | ) | | |
| v. | ) | Date: | 04/21/2025 |
| | ) | | |
| TRACY ANN MANNON, | ) | Time: | 1:39 p.m. – 2:09 p.m. |
| Defendant. | ) | | |

## MINUTE SHEET
## WAIVER OF INDICTMENT/PLEA HEARING

U.S. Magistrate Judge Gerald L. Jackson     Paige Bruce, Deputy Clerk     Reporter - None
FTR Courtroom:  4 - Room 420

Counsel for Plaintiff:     Joshua Satter, AUSA
Counsel for Defendant:     Brian Deer, AFPD
☐ Fin. Afd / Deft orally requested counsel     Objections ☐ yes   ☐ no     ☐ Court appointed counsel

Defendant appears: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;
Defendant:   ☒ Sworn
☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed of record
☒ Petition to Enter Plea of Guilty and Order Entering Plea
☒ Defendant advised of charges and possible penalties
☐ Guideline estimates discussed
☒ Defendant entered guilty plea to Count 1s of the Information
☒ Plea Agreement:   ☒ terms orally disclosed     ☒ written plea agreement filed   ☐ no written plea agreement
　　☒ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
　　☒ Other Count(s) to be dismissed at sentencing

Defendant waived: ☒ Indictment;   ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waiver(s) accepted by Court
☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ The parties agree on the factual basis.
☒ Court findings:     ☒ Defendant found mentally competent to understand charges and proceedings
　　　　　　　　　☒ Factual basis for Defendant's plea;
　　　　　　　　　☒ Defendant is guilty as charged as to Count 1s of the Information

☒ PSI Ordered

☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (GLJ)

☐ Defendant allowed to remain on present bond and conditions of release

☒ Defendant remanded to custody of USMS.