# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-24-36-JFH |
| v. | ) | Date: 11/19/2025 |
| TRACY ANN MANNON, | ) | Time: 8:56 a.m. – 9:30 a.m. |
| Defendant. | ) | |

## MINUTE SHEET – SENTENCING HEARING

U.S. District Court Judge, John C. Coughenour   Meagan Coates, Deputy Clerk   Jessyca Guerra, Reporter
FTR Courtroom:  1 - Room 230

Counsel for Plaintiff:   Ryan Conway, Asst. United States Attorney
Counsel for Defendant: Brian Deer, AFPD   ☒ Defendant appears in person with counsel

☒ Plaintiff & Defendant reviewed PSI:
    ☒ Government       Objections:   ☐ Yes   ☒ No
    ☒ Defendant         Objections:   ☐ Yes   ☒ No

☒ PSI will form factual basis for sentencing

☒ Court GRANTED Government's Motion for One Point Reduction. [Dkt. Entry No. 107]

**ADDITIONAL MINUTES**: Court inquired regarding any victims present for hearing. Government responded victims notified and were present. Victim impact statement(s).

☒ Defendant and counsel asked if they care to say anything prior to sentence being pronounced
    ☒ Statements by Government in aggravation/mitigation of punishment
    ☒ Statements by defendant's counsel
    ☒ Statements by defendant

☒ Court GRANTED Sealed Motion [Dkt. Entry No. 95]

    SENTENCE:   As to Count   1   of the   Information
☒ Bureau of Prisons for a term of   720 months         ☐ Concurrent   ☐ Consecutive
☐ Supervised Release for a term of   3   years         ☐ Concurrent   ☐ Consecutive
☐ Special Assessment:      $100                        ☒ due immediately
☐ Fine:               $                                ☐ with interest   ☐ interest waived
☐ Restitution:        $                                ☐ with interest   ☐ interest waived

☒ **STANDARD CONDITIONS** of Probation / Supervised Release given, including the following **Special Conditions: As set forth in the Judgment.**

☒ REASONS FOR IMPOSING SENTENCE given by Court
☒ Defendant advised of right to appeal       ☐ Defendant gives oral notice of appeal
☒ Remaining counts ordered dismissed: Indictment Dismissed
☐ Defendant requests designation to a BOP facility:_____ ☐ So recommended by the Court.
☒ Defendant remanded to the custody of the U.S. Marshal
☒ Court adjourned